<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6514**

DWAYNE DION BACON,

       Plaintiff - Appellant,

   v.

SERGEANT MERCHANTS; ATTORNEY GENERAL OF MARYLAND,

       Defendants – Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.  (8:07-cv-02033-AW)

Submitted:  October 20, 2008    Decided:  November 14, 2008

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dwayne Dion Bacon, Appellant Pro Se.  Nichole C. Gatewood, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dwayne Dion Bacon appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Bacon v. Merchants, No. 8:07-cv-02033-AW (D. Md. Mar. 28, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED